UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **2:26-cv-04350-SVW-MAR** Date: September 9, 2026

Title ***Kenneth Paciorek v. LAHSA et al***

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA VALENCIA | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION AND FAILURE TO PROVIDE CURRENT ADDRESS**

On April 23, 2026, Kenneth Paciorek ("Plaintiff") proceeding pro se, filed a Complaint ("Complaint") pursuant to 42 U.S.C. § 1983. ECF Docket No. ("Dkt.") 1. On May 28, 2026, the Court dismissed the Complaint with leave to amend ("ODLA"), granting Plaintiff until June 29, 2026, to either: (1) file a First Amended Complaint ("FAC"); (2) file a notice that he intends to stand on the allegations in the Complaint; or (3) voluntarily dismiss the action. Dkt. 10 at 7–8. The ODLA cautioned Plaintiff that failure to timely file a response to the ODLA "may result" in the dismissal of the Complaint for failure to prosecute. Id. To date, Plaintiff has failed to file a FAC or otherwise correspond with the Court. On August 5, 2026, the Court issued an Order to Show Cause ("OSC") regarding dismissal for failure to prosecute. Dkt. 13.

It appears likely that Plaintiff has not received a copy of the OSC because, on August 17, 2026, the copy of the OSC that the Court mailed to Plaintiff was returned to the Court. Dkt. 14. Plaintiff has not, however, provided this Court with an updated correct mailing address, as required by the Local Rules. L.R. 41-6.[1]

Thus, the Court is inclined to issue an Order dismissing the Complaint for failure to prosecute. However, before doing so, the Court will give Plaintiff an opportunity to show cause in writing **within fourteen (14) days** of this Order, **by September 23, 2026**, why this action should not be dismissed under Rule 41(b) for failure to prosecute and also for failure to keep the Court informed of a correct mailing address pursuant to Local Civil Rule 41-6. See Fed. R. Civ. P. 41(b); Local Civil Rule 41-6.

[1] Local Civil Rule 41-6, which states as follows:

> If mail directed by the Clerk to a pro se plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution.

L.R. 41-6.

The Court will consider any of the following three (3) options to be an appropriate response to this OSC:

1. Plaintiff shall notify the Court of his current address and shall file a First Amended Complaint that addresses the deficiencies identified in the Court's May 28, 2026 ODLA;
2. Plaintiff shall notify the Court of his current address and Plaintiff shall provide the Court with an explanation as to why he has failed to file a First Amended Complaint and request an extension of time to do so; or
3. Plaintiff may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a). **The Clerk is directed to attach a Notice of Dismissal form for Plaintiff's convenience.**

**Failure to respond to the Court's Order will result in the dismissal of the action.**

**IT IS SO ORDERED.**

:

**Initials of Preparer** ev