# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Kenneth Paciorek

Plaintiff(s)/Petitioner(s)

v.

LAHSA et al

Defendant(s)/Respondent(s)

Case No. 2:26-cv-04350-SVW-MAR

**ORDER RE: REPORT AND RECOMMENDATION ON REQUEST TO PROCEED *IN FORMA PAUPERIS***

CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY

The Court has reviewed the Report and Recommendation prepared by the United States Magistrate Judge on Plaintiff(s)'/Petitioner(s)' Request to Proceed *In Forma Pauperis* and the documents submitted with the IFP Request. The Court:

- ☒ accepts the findings, conclusions and recommendations of the Magistrate Judge.
- ☐ rejects the findings, conclusions and recommendations of the Magistrate Judge.
- ☐ ____________________, the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Request to Proceed *In Forma Pauperis* is:

- ☐ **DENIED**. Plaintiff/Petitioner must pay the filing fees in full within 30 days of this order.
- ☒ **DENIED**. This case is DISMISSED ☐ with prejudice. ☒ without prejudice. **(JS-6).**
- ☐ **DENIED**, with leave to amend ☐ the IFP application ☐ the complaint/petition within 30 days.
  If Plaintiff/Petitioner fails to submit the required documents within 30 days, this case will be dismissed.
- ☐ **GRANTED**.
- ☐ **GRANTED**. **IT IS FURTHER ORDERED that:**
  In accordance with 28 U.S.C. § 1915, the prisoner-Plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within 30 days of this Order. Thereafter, monthly payments must be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2). Failure to pay the filing fee, as ordered, may result in dismissal of the case.
- ☐ **GRANTED;**
  - ☐ the Court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B) and, if applicable, § 1915A.
  - ☐ the Court will screen the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

☒ Other:

The Court issued an Order Dismissing the Complaint with Leave to Amend (ODLA) and ordered Plaintiff to file an Amended Complaint, a notice of intent to stand on the Complaint, or a notice of voluntary dismissal by June 29, 2026. Dkt. 10. Plaintiff did not file an Amended Complaint. Plaintiff filed a document entitled "Motion to Dismiss Case" which the Court construed as a notice of voluntary dismissal; however, the Court gave Plaintiff until October 21, 2026 to file an objection if he did not intend to dismiss the case. Dkts. 17, 18. On October 5, 2026, Plaintiff filed a document entitled "Notice of Voluntary Dismissal" in which he indicates his intent to dismiss this case. Dkt. 20 at 3. However, Plaintiff also states, "I won and want my remedy fulfilled." To the extent Plaintiff insists on his right to relief based on the allegations in the Complaint, the Court construes the document as a notice of intent to stand on the Complaint. As discussed in the Court's ODLA, the Complaint is deficient and fails to state a claim or comply with Rule 8.

Dated: October 29, 2026

By: ____________________
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE